# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 8:02-cr-248-T-30EAJ

**IVAN JORGE**

_____

## ORDER

This cause came on for consideration upon Movant's Request This Honorable For Calculation to Correct Now Incorrect Information Within the Movant's Presence Report (Dkt. #50), which this Court is treating as a Motion for Resentencing, and the Government's response thereto (Dkt. #51). Upon review and consideration, the Court determines that it lacks jurisdiction to resentence the Defendant and the circumstances cited by Defendant do not fall within the limitations of R. Crim. P. 35.

It is therefore ORDERED AND ADJUDGED that Movant's Request This Honorable For Calculation to Correct Now Incorrect Information Within the Movant's Presence Report (Dkt. #50), which this Court is treating as a Motion for Resentencing, is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on October 7, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Probation (Christine Hatten)

F:\Docs\2002\02-cr-248.correct sentence.frm