**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO:  8:02-CR-248-T-30EAJ

IVAN JORGE
_____/

## ORDER STRIKING DOCUMENTS

This cause came on for consideration on Movant's Response to the Government's Response, to the Movant's Request for Calculation to Correct Information Within the Movant's Presentence Report (Dkt. #53) and Movant's Request to Amend His Response to the Government's Response (Dkt. #54).  Replies are not permitted as a matter of course in the Middle District of Florida.   Because these pleadings fail to comply with Local Rule 3.01(b), they are hereby **STRICKEN** and the Clerk is directed to terminate said documents from the docket.

**DONE** and **ORDERED** in Tampa, Florida on October 27, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*S:\Even\2002\02-cr-248.strike 53.wpd*