# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Case No.  8:02-cr-248-T-30EAJ

**IVAN JORGE**

_____

## ORDER

This cause came on for consideration without oral argument upon the Defendant's Petition for Writ of Audita Querela (Dkt. #56).  Upon review and consideration, the Court determines that the Petition should be denied since it was not filed within the 120-day time period required by Rule 35 of the Federal Rules of Criminal Procedure.  It is therefore

ORDERED AND ADJUDGED that the Defendant's Petition for Writ of Audita Querela (Dkt. #56) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 13, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2002\02-cr-248.petition 56.frm